UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                    Case No:   2:13-cv-326-FtM-38UAM

RICHARD S. ABERLE, LANAE A.
ABERLE, LBT-RENU TRUST and
FRANKLIN INVESTORS, INC.,

       Defendants.

_____/

## ORDER[1]

    This matter comes before the Court on the Plaintiff, the United States of America's Motion to Stay the Case (Doc. #14) filed on November 27, 2013.  The Plaintiff moves the Court to stay the case for eight (8) months in order to finalize a settlement that would resolve all the issues in this action.  The United States argues that the lengthy stay would allow the Defendants to liquidate the real properties at issue under the settlement terms before consenting to judgment in the case.  The United States says that the terms of the proposed settlement would allow the Defendant five (5) months to sell or borrow against the properties at issue in Florida and four (4) months to sell or borrow against the property at issue in Ohio.  In the event that the Defendants fail to sell or borrow against the properties within the above timelines, the Defendants will consent to judgment and the

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Internal Revenue Service will foreclose on the properties to satisfy the outstanding $1,500,000.00 tax debt.

The United States argues that dismissing the case rather than issuing the stay would jeopardize the settlement agreement and result in greater litigation costs. Therefore, in order to aid in the final settlement of the case, the Court will grant the Motion to Stay.

Accordingly, it is now

**ORDERED:**

The, Plaintiff, the United States of America's Motion to Stay the Case (Doc. #14) is **GRANTED**.  The case is stayed up to and including **August 11, 2014**.  The Court directs the Plaintiff, the United States of America, to file a status report each month, in writing, informing the Court of the progress in the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of December, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record